# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CARL COATS

VERSUS

SOUTHLAND PROPERTIES, INC.,
ET AL

### CONSOLIDATED WITH

JAMIE MOBLEY, INDIVIDUALLY
AND ON BEHALF OF HER MINOR
CHILDREN, NATHAN HOLLIDAY
AND JOSHUA HOLLIDAY

VERSUS

SOUTHLAND PROPERTIES, INC.,
AND STATE FARM FIRE AND
CASUALTY COMPANY

NO.   2019 CW 1231

**NOV 2 5 2019**

---

In Re:   State Farm Fire and Casualty Company and Southland Properties, Inc., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 645549 c/w 649914.

---

**BEFORE:   McDONALD, THERIOT, AND CHUTZ, JJ.**

**WRIT DENIED.**

JMM
MRT
WRC

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT